**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**CLARENCE A. WOODS,**

        **Plaintiff(s),**      **CASE NUMBER: 09-13037
HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 13, 2010, Magistrate Judge Mark A. Randon submitted a Report and Recommendation (Doc. #13) recommending that the Court GRANT Defendant's Motion for Summary Judgment (Doc. #12) and DENY Plaintiff's Motion for Summary Judgment (Doc. #9). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.

    **IT IS ORDERED**.

                                s/Victoria A. Roberts
                                Victoria A. Roberts
                                United States District Judge

Dated: August 4, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 4, 2010.

s/Linda Vertriest
Deputy Clerk